IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHEAL WAYNE WASHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-057 |
| | ) | |
| ALFONZO WILLIAMS, Sheriff; JOHN H. BUSH, Major; CHESTER V. HUFFMAN, Major; WILBERT WILLIAMS, Lieutenant; STACY WILLIAMS, Nurse; KATIE YOUNG, Nurse; and CASSANDRA HAYNES, Captain, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendant Alfonzo Williams, **DISMISSES** Plaintiff's official capacity claims against Defendants Bush, Huffman, Wilbert Williams, and Haynes, and **DISMISSES** Defendant Alfonzo Williams from this case.

SO ORDERED this 29th day of November, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA