IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHEAL WAYNE WASHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-057 |
| | ) | |
| JOHN H. BUSH, Major; CHESTER V. | ) | |
| HUFFMAN, Major; WILBERT WILLIAMS, | ) | |
| Lieutenant; STACY WILLIAMS, Nurse; | ) | |
| KATIE YOUNG, Nurse; and CASSANDRA | ) | |
| HAYNES, Captain, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 6, 2017, the U.S. Marshal returned a waiver of service executed by Sheriff Alfonzo Williams. (Doc. no. 29.) However, Sheriff Williams was served in error, as this Court has dismissed him from this case. (See doc. nos. 19, 27.) Therefore, Sheriff Williams need not file a responsive pleading or make an appearance in this case. The Court **DIRECTS** the **CLERK** to mail a copy of this order to Sheriff Williams.

SO ORDERED this 6th day of December, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA