IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHEAL WAYNE WASHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-057 |
| | ) | |
| JOHN H. BUSH, Major; CHESTER V. HUFFMAN, Major; WILBERT WILLIAMS, Lieutenant; STACY WILLIAMS, Nurse; KATIE YOUNG, Nurse; and CASSANDRA HAYNES, Captain, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Plaintiff, currently incarcerated at the Burke County Detention Center in Waynesboro, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983 and is proceeding *pro se* and *in forma pauperis*. Before the Court is Defendant Stacey Williams' motion to dismiss. (Doc. no. 58.) Defendant makes the same arguments other Defendants made in their motion to dismiss, i.e., Plaintiff's claims should be dismissed because he has not alleged physical injury or plead nominal damages. (Id.; doc. no. 40.) For the reasons stated in the undersigned's February 16, 2018 Report and Recommendation and the District Judge's March 6, 2018 Order adopting the same, the Court **REPORTS** and **RECOMMENDS** Defendant's motion to dismiss (doc. no. 58) be **GRANTED IN PART** and **DENIED IN PART**. (See doc. nos. 56, 64.) Plaintiff should be allowed to proceed on his deliberate indifference and equal protection claims and seek nominal damages against

Defendant Stacey Williams.

SO REPORTED AND RECOMMENDED this 26th day of March, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA