IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MICHEAL WAYNE WASHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-057 |
| | ) |
| JOHN H. BUSH, Major; CHESTER V. HUFFMAN, Major; WILBERT WILLIAMS, Lieutenant; STACEY WILLIAMS, Nurse; KATIE YOUNG, Nurse; and CASSANDRA HAYNES, Captain,[1] | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS IN PART** and **DENIES IN PART** Defendant Stacey Williams' Motion to Dismiss. (Doc. no. 58.) The Court **ORDERS** Defendant Stacey Williams to file an answer within fourteen days of this Order.

SO ORDERED this 23rd day of April, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the Clerk to update the docket in accordance with the caption on this Order.