IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHEAL WAYNE WASHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-057 |
| | ) | |
| JOHN H. BUSH, Major; CHESTER V. | ) | |
| HUFFMAN, Major; WILBERT WILLIAMS, | ) | |
| Lieutenant; STACEY WILLIAMS, Nurse; | ) | |
| KATIE YOUNG, Nurse; and CASSANDRA | ) | |
| HAYNES, Captain, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate recommended: (1) granting Defendant's motion to enforce settlement, (2) denying Plaintiff's motion for entry of default, motion to approve agreement, and motion to modify or terminate the private settlement agreement, and (3) ordering Plaintiff to execute the settlement agreement. (Doc. no. 92.) After entry of the Report and Recommendation, Defendants notified the Court Plaintiff signed and returned the revised release and stipulation of dismissal, rendering their motion to enforce settlement moot, and, therefore, they wish to withdraw their motion. (Doc. no. 94.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, as modified herein, as its opinion. The Court

**DENIES** as **MOOT** Defendant's motion to enforce settlement, (doc. no. 84), and **DENIES** Plaintiff's motions challenging the settlement, (doc. nos. 83, 85, 88).

SO ORDERED this 19th day of September, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA