IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE WASHAM | * | |
| Plaintiff, | * | |
| v. | * | CV 117-057 |
| JOHN H. BUSH, Major; CHESTER V. HUFFMAN, Major; WILBERT WILLIAMS, Lieutenant; STACEY WILLIAMS, Nurse; KATIE YOUNG, Nurse; and CASSANDRA HAYNES, Captain, | * | |
| Defendants. | * | |

**ORDER**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 96.) All Parties signed the stipulation. Upon due consideration, this Court finds dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 25th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA